JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASSANDRA ARREOLA-MENDOZA, | Case No. 2:24-cv-08472-JLS-PD |
| Petitioner, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERIA, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  March 7, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE